is entitled to the payment of the sum of $849.-69; that upon such sale said sum of $849.69 is an equitable lien upon said 40 acres, and should have priority of payment over all other claims. The form of the order to be settled by and before Mr. Justice WILLIAMS on two days' notice.

McLENNAN, P. J., and HISCOCK, J., vote for affirmance of the decree without modification.

In re TEFFT'S WILL. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) In the matter of the probate of the last will and testament of Melissa J. Tefft, deceased. No opinion. Decree unanimously affirmed, with costs.

THANEY, Appellant, v. A. FRIEDERICHS & SONS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by Peter Thaney, as administrator, etc., against A. Friederichs & Sons Company.

PER CURIAM. Judgment and order affirmed, with costs.

HISCOCK, J., dissents, on the ground that defendant's negligence and plaintiff's freedom from contributory negligence were questions of fact, which should have been submitted to the jury. See 89 N. Y. Supp. 787.

THOMPSON, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by James S. Thompson against the Erie Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See 89 N. Y. Supp. 92.

McLENNAN, P. J., dissents. HISCOCK, J., not voting.

In re TOMNEY. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) In the matter of assignment of Michael C. Tomney for the benefit of his creditors.

PER CURIAM. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

STOVER, J., not voting.

TUDOR v. EBNER. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by William Tudor against William M. Ebner. No opinion. Motion to resettle denied.

TUDOR v. EBNER. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by William Tudor against William M. Ebner. No opinion. Motion for leave to go to Court of Appeals granted.

TURCK, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) Action by John Turck against Rachael Robinson.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and STOVER, JJ., dissent.

In re TWEEDIE TRADING CO. (Supreme Court, Appellate Division, First Department. June 23, 1905.) In the matter of the Tweedie Trading Company. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

TYLER v. JAEGER. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by Charles R. Tyler against Charles H. Jaeger. No opinion. Motion denied, with $10 costs.

UHLMAN, Respondent, v. EMPIRE LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Caroline Uhlman against the Empire Life Insurance Company. C. Blandy, for appellant. W. L. Cannon, for respondent. No opinion. Determination affirmed, with costs.

In re UTICA & M. V. R. CO. et al. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) In the matter of the application of the Utica & Mohawk Valley Railroad Company. No opinion. Order affirmed, with costs.

VAN SCHAICK, Appellant, v. COOPER et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by Willis Van Schaick against Libbie Cooper and others. No opinion. Judgment unanimously affirmed, with costs.

VAN VEGHTEN v. HUDSON RIVER POWER TRANSMISSION CO. (Supreme Court, Appellate Division, Third Department. May 23, 1905.) Action by Jennie H. Van Veghten against the Hudson River Power Transmission Company. No opinion. Motion denied.

VENMAN, Respondent, v. CHIODO, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by John Venman against Joe Chiodo. No opinion. Judgment and order affirmed, with costs.

VOLKOMMER, Appellant, v. DIKE, Sheriff, Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Joseph Volkommer against Norman S. Dike, as sheriff of the county of Kings. No opinion. Judgment, in so far as appealed from, affirmed, with costs.

In re WALKER. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) In the matter of the application of

Sampson Walker for the appointment of a committee, etc., of Mary Walker, an alleged incompetent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

McLENNAN, P. J., and STOVER, J., dissent.

---

In re WALLACE. (Supreme Court, Appellate Division, First Department. June 9, 1905.) In the matter of Patrick Wallace. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re WALL'S ESTATE. (Supreme Court, Appellate Division, First Department. June 23, 1905.) In the matter of Jacob Wall's Estate.

PER CURIAM. Order affirmed, with costs.

INGRAHAM, J., dissents.

---

In re WARD. (Supreme Court, Appellate Division, First Department. June 16, 1905.) In the matter of Maurice T. Ward. No opinion. Motion granted. Time extended to December 1, 1905.

---

WARD et al., Appellants, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Joseph Ward, Jr., and others against William E. R. Smith and others. E. W. S. Johnston, for appellants. E. A. Freshman, for respondents. No opinion. Appeal dismissed, with costs.

---

WARREN v. PARKHURST et al. (Supreme Court, Appellate Division, Third Department. May 23, 1905.) Action by John C. Warren against Edward S. Parkhurst and others.

PER CURIAM. Motion granted and questions certified as follows: First. Does the complaint state facts sufficient to constitute a cause of action? Second. Are causes of action improperly united in the complaint for the reasons stated in defendants' demurrer?

---

WARTH, Respondent, v. KASTRINER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1905.) Action by Apollonia Warth against Jacob Kastriner and Charles Eisenman.

PER CURIAM. Order, in so far as appealed from, reversed, with $10 costs and disbursements, on the authority of Warth v. Kastriner, 87 App. Div. 612, 83 N. Y. Supp. 1118.

JENKS, J., not voting.

---

WATERMAN v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Third Department. May 23, 1905.) Action by Albert Waterman against the Lehigh Valley Railroad Company. No opinion. Motion denied.

---

WEBER, Respondent, v. EWING PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by Walter Weber against the Ewing Publishing Company. I. N. Williams, for appellant. B. E. Paskusz, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

WELLE, Respondent, v. CELLULOID CO., Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by Bernhard Welle against the Celluloid Company. J. Larocque, for appellant. S. C. Baldwin, for respondent.

PER CURIAM. Judgment affirmed, with costs.

McLAUGHLIN and LAUGHLIN, JJ., dissent.

---

WELLS, Appellant, v. GLENS FALLS INS. CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by George Wells against the Glens Falls Insurance Company. No opinion. Judgment unanimously affirmed, with costs.

---

WENDELL v. WENDELL. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by Frank L. Wendell against Clara M. Wendell. No opinion. Motion denied, on conditions stated in memorandum; otherwise, granted.

---

WESTENDORF et al., Respondents, v. DINNINY et al., Appellants. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Theo. Westendorf and others against Ferral C. Dinniny and others. J. M. Stearns, for appellants. H. H. Whitman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 92 N. Y. Supp. 858.

---

W. E. TILLOTSON MFG. CO. v. MAINSTER. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by W. E. Tillotson Manufacturing Company against Leopold Mainster. No opinion. Motion denied, with $10 costs.

---

WHITNEY, Appellant, v. CAMERON, Respondent. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Fred C. Whitney against Grace Cameron. M. Meyer, for appellant. J. Marx, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

WINTHROP, Appellant, v. BALLENZWEIG, Respondent. (Supreme Court, Appellate Term. June 22, 1905.) Appeal from Municipal Court, Borough of Manhattan, Fourth District. Action by Egerton L. Winthrop against Max Ballenzweig. From a judgment for defendant, plaintiff appeals. Reversed. Jay & Candler, for appellant.

PER CURIAM. The learned justice seems to have thought that this was an action to recover the amount of unpaid taxes. In fact, it was a proceeding to dispossess for nonpayment